# EXHIBIT A

## Commonwealth of Massachusetts
### County of Worcester
### The Superior Court
#### EXECUTION

CIVIL DOCKET# WOCV2011-02435

RE: Aversa MD et al v Prefontaine Inc et al

To the Sheriffs of our Several Counties or their Deputies, GREETING:

| | |
|---|---|
| DAMAGES: | $346,750.29 |
| ATTY FEES: | $0.00 |
| COSTS: | $431.25 |
| POST JUD/INT: | $5,593.00 |
| TOTAL: | $352,774.54 |

WHEREAS **Mark A Aversa MD**, of 25 Colonial Drive, Shrewsbury, MA and **Equity Trust Company**, with a place of business in Elyria, OH by the consideration of our Justices of our Superior Court at Worcester, aforesaid, on **04/25/2013** recovered Judgment against **Prefontaine, Inc., Prefontaine-Henderson Associates Inc.**, with a principal office at 484 Main Street, Suite 420, Worcester, MA and **Christopher G Prefontaine** of 5 Harborview Drive, Newport, RI in the County of Worcester for the sum of **Three Hundred Forty Six Thousand Seven Hundred Fifty Dollars and Twenty Nine Cents** debt or damages, attorney fees **Zero Dollars**, and **Four Hundred Thirty One Dollars and Twenty Five Cents** costs of suit, as to us appears of record, where execution remains to be done:

**We command you** therefore, that of the goods, chattels or land of the said judgment debtor within your precinct, you cause to be paid and satisfied unto the said judgment creditor, at the value thereof in money, with interest thereon in the sum of **Five Thousand Five Hundred Ninety Three Dollars** from day of the rendition of said Judgment to date of execution the aforesaid sums, being **$352,774.54** in the whole, and thereof also to satisfy yourself for your own fees.

Hereof fail not, and make return of this writ with your doing thereon into the Clerk's office of said Court at Worcester, within our County of Worcester, and to make return of this writ within twenty years after the date of the said judgment, or within ten days after this writ has been satisfied or discharged.

**Witness, Barbara J. Rouse**, Esquire, Chief Justice of the Superior Court, at Worcester, Massachusetts this 13th day of June, 2013.

*First Assistant Clerk*

**RETURN TO:**
Benjamin C. Rudolf, Esquire
Bourgeois White LLP
One West Boylston Street
Worcester, MA 01605

cvdexeiss_1.wpd 1782988 exeiss lefebvre