# EXHIBIT B





**Chris Prefontaine**
December 14, 2013

Joseph Land likes this.