# EXHIBIT C



- Home
- Login

# eFeatures

**Chris & Kim Prefontaine:** *Cie*Aura's Newest Diamonds

B Byinton 01/18/2013



Chris & Kim Prefontaine

ETeamPro wants to congratulate and recognize CHRIS & KIM PREFONTAINE as the latest *Cie*Aura Retailers to earn **DIAMOND** Status. What's amazing about their accomplishment is that they blazed a trail to Diamond in a little less than 4 short months. Simply ASTOUNDING!!!

A lifetime love story, Chris and Kim met at the youthful age of 12 in Aubrun, MA. Together, they've done nothing but look forward and have created wonderful memories and legacies in the process. They reared two children in Shrewbury, MA and now call Newport, RI – the boating capital of the world – their dream home.

Chris always says, "There will be lessons on the road to living your dreams; some that may guide you in paths you never imagined you'd travel down." Those words truly reflect his and Kim's life journey. After launching his career as a new home builder, Chris enjoyed a highly successful run as a real estate agent, coach, & trainer for over 20 years. Though he had experienced tremendous reward, he eventually burned out, as he yearned for more both professionally and personally.

In 2008, Chris and Kim were introduced to network marketing. After 16 months of building their business, he and Kim replaced their real estate income and went full time into the industry, eventually becoming the top earners in that company. Their decision to get involved with the industry has allowed them to travel the world and spread the wealth of opportunity provided through network marketing.

As for how he and Kim got involved in *Cie*Aura, Chris says, "I had worked with Paul Rogers and Jerry Yerke for a couple of years while they were at my previous network marketing company. When I decided to search for riper opportunities, I looked at a lot of companies. I eventually reached out to Paul and JY, and after looking at the company thoroughly we landed here at *Cie*Aura."

Chris loves talking about and sharing *Cie*Aura's products with others. Chris feels the chips are the most powerful "Emotional Impact" product the industry has ever seen.

> Emotional Impact is changing the way you look, feel, or feel about yourself when using any product. In other words . . . a "WOW" reaction!
> My experience with *Cie*Aura's products has been nothing short of impressive; both personally and through sampling to others.

*Chris Prefontaine, Diamond*

As for their favorite products, Chris and Kim swear by and are truly products of the products. They are regular consumers of Pure Relief, the Rest Quiet Chips and Tea, as well as the Pure Energy Now and the Instant Lite daily.

When asked about his experience with the company and its leaders, Chris was quick to point out that John "JT" Taylor, Austin Tice and Coach Alex Arnold have contributed immensely to his quick and astonishing success with *Cie*Aura. And being highly tuned to the importance of systems in business, he added that Buddy Byington (ETeamPro Administrator) has provided invaluable benefit to his business from a SYSTEMS support perspective.

Chris and Kim have set for themselves some lofty goals for 2013. Seeing as how they met each of their goals in the journey to earning Diamond, they expect to hit Double Diamond and Triple Diamond in 2013. At the rate they are going, it's quite possible they will hit Black Diamond by the end of this year!

Chris offers this advice to everyone, "Stay 100% plugged into your leadership and ETeamPro! Don't quit!!! Give it a minimum 36 months without looking back and then see how far you've gone."

We think . . . . . That's SOUND ADVICE, Chris!

Powered by LineLogix / ETEAMPRO © 2012

\* Any incomes presented are applicable to the individuals depicted and are not a guarantee of your income, nor may they be typical. Each individual's success will be determined by his or her desire, dedication, effort, ability to follow directions and personal talent, among other factors.